Parker C. Folse, III
Edgar Sargent
Michael Diehl
Matthew R. Berry
SUSMAN GODFREY L.L.P.
1201 Third Avenue
Suite 3800
Seattle, WA 98101-3000
(206) 516-3880 (Tel.)
(206) 516-3883 (Fax)

H. Lee Godfrey
SUSMAN GODFREY L.L.P.
1000 Louisiana
Suite 5100
Houston, Texas 77002
(713) 651-9366 (tel.)
(713) 654-6666 (fax)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| METROPOLITAN CREDITORS' TRUST, SUMMIT CREDITORS' TRUST, METROPOLITAN MORTGAGE & SECURITIES CO., INC. and SUMMIT SECURITIES, INC.<br><br>Plaintiffs,<br><br>v.<br><br><br><br>PRICEWATERHOUSECOOPERS, LLP,<br><br>Defendant. | No. CV-05-290-FVS<br><br>ORDER APPROVING STIPULATED AND AGREED SUPPLEMENTAL PROTECTIVE ORDER GOVERNING WULA VALUATION INFORMATION |

The Court, having been fully advised,

IT IS HEREBY ORDERED that the parties' agreed Motion for Supplemental Protective Order Governing WULA Valuation Information, Ct. Rec. 324, is GRANTED.

The Court approves the following supplemental protective order:

1. Plaintiffs Metropolitan Mortgage & Securities Co. and the Metropolitan Creditors' Trust (collectively "Met") have entered into agreements with the Washington State Office of Insurance Commissioner ("OIC") and the Receiver of Western United Life Assurance Company ("WULA") under which OIC and WULA have allowed Plaintiffs to obtain information – which OIC and WULA otherwise deem proprietary and confidential – related to the current market value of WULA. This information includes offers received by OIC from potential purchasers of WULA and access to internal WULA information that WULA granted to third parties for the purpose of an independent due diligence evaluation and appraisal of WULA (the "Appraisal") and to prepare an Appraisal report (the "Report"). Plaintiffs have obtained authorization from OIC to provide to Defendant PricewaterhouseCoopers ("PwC") certain WULA Valuation Information to the extent and in the form or manner that are specified in an agreement among the parties (collectively referred to here as the "WULA Valuation Information").

2. Access to the WULA Valuation Information will be limited to the following individuals associated with PwC: (1) attorneys with the firm Orrick

Herrington and their support staff; (2) in-house counsel at PwC ; (3) designated PwC client representatives identified in Exhibit A hereto; and (4) designated expert witnesses identified on Exhibit A hereto. Met's litigation counsel and their support staff and designated expert witnesses identified on Exhibit A hereto will also have access to this information. No person allowed access to WULA Valuation Information may disclose such information, or conclusions, inferences, or facts gleaned from it, to any person or entity except as authorized by this Supplemental Protective Order.

4.     This Supplemental Protective Order does not address or resolve how the WULA Valuation Information (or facts or conclusions drawn from it) will be handled by the Court or the parties if or when it becomes necessary for the Court to conduct a public trial or any public hearing in which establishing the appropriate valuation of WULA is a material fact necessary to the Court's determination of any issue, and in which one or both parties intend to offer WULA Valuation Information in such a public proceeding. The Court has been advised that the parties have in place certain agreed mechanisms to follow if or when it appears to either party that a future or pending proceeding is likely to require a public disclosure of WULA Valuation Information. Entry of this Order is without prejudice to the positions of the parties, or to the positions of OIC WULA, as to how such information should be presented in that event.

5.     All WULA Valuation Information also is "confidential" for purposes of

the prior Protective Order entered in this matter, Ct. Rec. 50, and also is governed by that Order to the extent the prior Order is not inconsistent with this Supplemental Protective Order. Where this Supplemental Protective Order is inconsistent with the prior Protective Order, the more restrictive provisions of this Supplemental Protective Order supersede the prior Order.

6. All individuals to whom WULA Valuation Information is provided, whether they are associated with Met or with PwC, must, before being granted access to WULA Valuation Information, read and evidence by their signatures in the "Certification" section of a copy of this order, provided below, their agreement to abide by this Supplemental Protective Order.

## CERTIFICATION

I, _____, certify my understanding that highly confidential WULA Valuation Information is being provided to me pursuant to the terms and restrictions of this Supplemental Protective Order in the matter of Metropolitan Mortgage & Securities Co. et al. vs. PricewaterhouseCoopers, Inc. I have been given a copy of and have read this Order and the Court's earlier Stipulated Protective Order and agree to be bound by those orders. I understand that all WULA Valuation Information, including documents, copies of documents, data or facts extracted from those documents, notes, transcripts and all other documents or sources of information made available to me disclosing WULA Valuation Information shall be maintained in a secure manner and shall be returned no later than 30 days after the termination of this action to the counsel for the party or other person who provided such information to me.

DATED: _____

PRINTED NAME: _____

SIGNATURE: _____

IT IS SO ORDERED. The District Court Executive is hereby directed to enter this Supplemental Protective Order and furnish copies to counsel.

DATED this 8th day of November, 2007

                           s/ Fred Van Sickle
                         _____
                         Fred Van Sickle
                         United States District Judge

# SCHEDULE "A"

Identities of experts and client representatives required to be named and designated under the parties' agreement:

## Party – Metropolitan

EXPERT'S PRINTED NAME:   David Nolte

EXPERT'S PRINTED NAME:   Anand Khemlani  (assistant to David Nolte)

EXPERT'S PRINTED NAME:   Lynford Graham

EXPERT'S PRINTED NAME:   Joel Rosenberg

EXPERT'S PRINTED NAME:   Fred Buck

EXPERT'S PRINTED NAME:   Frank Torchio

EXPERT'S PRINTED NAME:   Roger Olsen

## Party – PricewaterhouseCoopers (PwC)

PwC CLIENT REPRESNTATIVE:     Kieren Claffey

PwC CLIENT REPRESNTATIVE:     Charles Chacosky

EXPERT'S PRINTED NAME:   Carl Harris

EXPERT'S PRINTED NAME:   William Holder

EXPERT'S PRINTED NAME:   Bradford Cornell

EXPERT'S PRINTED NAME:   Mukarram Attari (Assistant to Bradford Cornell)

EXPERT'S PRINTED NAME:   William Foote

EXPERT'S PRINTED NAME:   Stanley Jozefiak