UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| METROPOLITAN CREDITORS' TRUST, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PRICEWATERHOUSECOOPERS, LLP,<br><br>    Defendant. | No. CV-05-290-FVS<br><br>ORDER GRANTING AND DENYING MOTIONS |

**THIS MATTER** having come before the Court on February 5, 2008; Now, therefore

**IT IS HEREBY ORDERED**:

1. The defendant's motion for summary judgment (Ct. Rec. **159**) is denied.

2. The defendant's motion for summary judgment (Ct. Rec. **163**) is denied.

3. The defendant's motion for summary judgment (Ct. Rec. **220**) is denied.

4. The plaintiffs' motion for partial summary judgment (Ct. Rec. **225**) is denied.

5. The plaintiffs' motion to exclude (Ct. Rec. **300**) is denied.

6. The defendant's motion to exclude (Ct. Rec. **306**) is denied.

7. The plaintiffs' motion to amend (Ct. Rec. **363**) is granted to the extent agreed upon by the parties.

ORDER GRANTING AND DENYING MOTIONS - 1

8. The plaintiffs' motion to seal (Ct. Rec. **425**) is granted.

9. The plaintiffs' motion to seal (Ct. Rec. **426**) is granted.

10. Court record number **429** is not a motion.  The District Court Executive shall reclassify it accordingly.

11. The defendant's motion to file an overlength brief (Ct. Rec. **479**) is granted.

12. Justin Lichterman's motion to appear pro hac vice (Ct. Rec. **493**) is granted assuming the admission fee has been paid.

13. The plaintiffs' motion to file an overlength brief (Ct. Rec. **495**) is granted.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___6th___ day of February, 2008.

                                        s/Fred Van Sickle
                                          Fred Van Sickle
                                    United States District Judge

ORDER GRANTING AND DENYING MOTIONS - 2