UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| METROPOLITAN CREDITORS' TRUST, et al.,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>　　　　Defendant. | No. CV-05-290-FVS<br><br>ORDER |

**THIS MATTER** having come before the Court based upon the defendant's motion to reconsider; Now, therefore

**IT IS HEREBY ORDERED**:

1. The defendant's motion to reconsider **(Ct. Rec. 397) is granted**.

2. The plaintiff's motion to compel **(Ct. Rec. 192) is denied**; provided, the plaintiffs may renew their motion during trial if circumstances arise suggesting that a defense witness has testified in a manner which, in fairness, requires disclosure of otherwise privileged communications. *See Cox v. Adm'r U.S. Steel & Carnegie*, 17 F.3d 1386, 1419 (11th Cir.1994).

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___14th___ day of February, 2008.

　　　　　　　　　　　　　　　　s/ Fred Van Sickle
　　　　　　　　　　　　　　　　Fred Van Sickle
　　　　　　　　　　　　　　United States District Judge

ORDER - 1