THE HONORABLE FRED VAN SICKLE

PARKER C. FOLSE, III
EDGAR G. SARGENT
SUSMAN GODFREY, LLP
1201 Third Avenue
Suite 3800
Seattle, Washington 98101
(206) 516-3880 (tel.)
(206) 516-3883 (fax)

FRANK J. GEBHARDT (WSBA No. 4854)
FELTMAN, GEBHARDT, GREER & ZEIMANTZ, P.S.
14th Floor Paulsen Center
421 West Riverside Avenue
Spokane, WA  99201-0495
Telephone:  (509) 838-6800

JAMES P. CUSICK (*pro hac vice*)
DIANA L. WEISS (*pro hac vice*)
ROBERT P. VARIAN (*pro hac vice*)
KENNETH P. HERZINGER (*pro hac vice*)
ORRICK HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415) 773-5700

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| METROPOLITAN CREDITORS' TRUST, et al.,<br><br>          v.<br><br>PRICEWATERHOUSECOOPERS LLP | No. CV-05-290-FVS<br><br>**ORDER STAYING LITIGATION PENDING APPROVAL OF SETTLEMENT AND FOR RELATED RELIEF** |

Order Staying Litigation - 1

SUSMAN GODFREY L.L.P.
1201 THIRD AVENUE, SUITE 3800
SEATTLE, WA 98101

THIS MATTER comes before the Court on the parties' Joint Motion to Stay Litigation Pending Approval of Settlement and For Related Relief. The Court understands that the parties have entered into a settlement agreement that requires approval by the Bankruptcy Court for this District, that the parties have agreed to include within the request for Bankruptcy Court approval a request for a determination that the settlement is reasonable pursuant to RCW 4.22.060, and that plaintiffs will shortly be filing a motion requesting that approval. The Court being fully advised,

IT IS HEREBY ORDERED that the Joint Motion (Ct. Rec. 536 ) is GRANTED.

The request for Bankruptcy Court approval and an RCW 4.22.060 finding of reasonableness shall serve as a substitute for the hearing permitted by RCW 4.22.060(1).

This litigation is hereby STAYED pending a final decision by the Bankruptcy Court for this District on plaintiffs' forthcoming motion for approval of the parties' settlement, and until further Order of this Court.

IT IS SO ORDERED.

DATED this __4th__ day of March, 2008.

                                         s/ Fred Van Sickle
                                      _____
                                      FRED VAN SICKLE
                                      UNITED STATES DISTRICT JUDGE