THE HONORABLE FRED VAN SICKLE

PARKER C. FOLSE, III
EDGAR G. SARGENT
SUSMAN GODFREY, LLP
1201 Third Avenue
Suite 3800
Seattle, Washington 98101
(206) 516-3880 (tel.)
(206) 516-3883 (fax)

FRANK J. GEBHARDT (WSBA No. 4854)
FELTMAN, GEBHARDT, GREER & ZEIMANTZ, P.S.
14th Floor Paulsen Center
421 West Riverside Avenue
Spokane, WA  99201-0495
Telephone:  (509) 838-6800

JAMES P. CUSICK (*pro hac vice*)
DIANA L. WEISS (*pro hac vice*)
ROBERT P. VARIAN (*pro hac vice*)
KENNETH P. HERZINGER (*pro hac vice*)
ORRICK HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415) 773-5700

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| METROPOLITAN CREDITORS' TRUST, et al., <br><br> v. <br><br> PRICEWATERHOUSECOOPERS LLP | No. CV-05-290-FVS <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

Order of Dismissal - 1

**THIS MATTER** comes before the Court on the parties' Joint Motion to Dismiss With Prejudice. The Court understands that the parties have entered into a settlement agreement, the Bankruptcy Court for this District approved the settlement agreement and determined that it was reasonable pursuant to RCW § 4.22.060, and the parties have asked that the action be dismissed with prejudice, with the parties to bear their own costs. The Court being fully advised,

**IT IS HEREBY ORDERED** that the Joint Motion is **GRANTED.**

All claims in this suit are hereby **DISMISSED with prejudice.** The parties shall bear their own costs of Court.

IT IS SO ORDERED.

DATED this 21st day of May, 2008.

s/ Fred Van Sickle
FRED VAN SICKLE
UNITED STATES DISTRICT JUDGE